# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**STEVEN DEWAYNE HOLMES**                                                **PLAINTIFF**

**V.**                    **CASE NO. 3:12CV00117 SWW/BD**

**MIKE ALLEN**                                                           **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Anderson's the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Holmes's claims are DISMISSED, without prejudice. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 4th day of June 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE