IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN DEWAYNE HOLMES**                                                         **PLAINTIFF**

**V.**                              **CASE NO. 3:12CV00117 SWW/BD**

**MIKE ALLEN**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of June 2012.

                                              /s/Susan Webber Wright
                                 UNITED STATES DISTRICT JUDGE